IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JEFFREY N. WATERS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | 2:08-0004 |
| ) | |
| MICHAEL J. ASTRUE, Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Before the Court is the Report and Recommendation of Magistrate Judge Bryant wherein he recommends denial of Plaintiff's Motion for Judgment on the Administrative Record and affirmance of the Social Security Administration's decision.

The Magistrate Judge analyzed the relevant administrative record and the opinions of both treating and non-treating doctors. The Plaintiff asserted the same grounds before the Magistrate Judge as he now asserts as objections to the Magistrate Judge's report, i.e., that the Administrative Law Judge erred in rejecting the opinion of the treating physician, Dr. Copeland.

Substantial evidentiary support is in the record for the Administrative Law Judge's rejection of Dr. Copeland's assessment as "not accompanied by corroborating laboratory and clinical findings and . . . inconsistent with the laboratory and clinical findings provided in his own treatment . . . ." One of those clinical findings was that this Plaintiff received an ultrasound duplex venous study in March 2005 which revealed. ". . . normal blood flow through the left popliteal vein with normal augmentation."

The decision of the Administrative Law Judge is supported by substantial evidence and, therefore, must be **AFFIRMED**. Plaintiff's Motion for Judgment on the Administrative Record, Document #15, is **DENIED**.

IT IS SO ORDERED.

*Thomas A. Wiseman Jr.* (signature)
Thomas A. Wiseman, Jr.
Senior U.S. District Judge